July 2, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

VINCENT ZAHORIK, Appellant

NO. 14-14-00564-CV            V.

METROPOLITAN LIFE INSURANCE COMPANY, MOHSIN NOON, AMY CATCHING, AND SUZANNE WYZINSKI-SMITH, Appellees

_____

      This cause, an appeal from the judgment in favor of appellees Metropolitan Life Insurance Company, Mohsin Noon, Amy Catching, and Suzanne Wyzinski-Smith, signed June 24, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We order appellant Vincent Zahorik to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.